LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
AMNON Z. SIEGEL (State Bar No. 234981)
asiegel@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone:  (310) 552-4400
Facsimile:   (310) 552-8400

Attorneys for Defendants
COUNTY OF LOS ANGELES and
MARY C. WICKHAM

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SOUTHERN CALIFORNIA GAS COMPANY,<br><br>        Plaintiff,<br><br>  v.<br><br>COUNTY OF LOS ANGELES, CALIFORNIA; MARY C. WICKHAM, in her official capacity as Los Angeles County Counsel; STATE OF CALIFORNIA DEPARTMENT OF INDUSTRIAL RELATIONS; STATE OF CALIFORNIA DIVISION OF OCCUPATIONAL SAFETY AND HEALTH; JULIANN SUM, in her official capacity as Chief of the State of California Division of Occupational Safety and Health; and STATE OF CALIFORNIA OCCUPATIONAL SAFETY AND HEALTH APPEALS BOARD,<br><br>        Defendants. | **CASE NO. 2:17-cv-05140-DSF-JC**<br><br>[Assigned to the Hon. Dale. S. Fischer]<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND BRIEFING SCHEDULE**<br><br>[Filed Concurrently with Declaration of Amnon Z. Siegel and [Proposed] Order]<br><br>Complaint served:      July 18, 2017<br><br>Complaint response date:<br><br>State Defendants:   Aug. 4, 2017<br>County:                   Aug. 18, 2017<br><br>New response date:   Sept. 18, 2017 |

349993.3

Case No. 2:17-cv-05140-DSF-JC

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT & BRIEFING SCHEDULE

Plaintiff Southern California Gas Company ("SoCalGas"); Defendants County of Los Angeles and Mary C. Wickham (in her official capacity as Los Angeles County Counsel) (together, the "County"); and Defendants State of California Department of Industrial Relations, State of California Division of Occupational Safety and Health, State of California Occupational Safety and Health Appeals Board, and Juliann Sum (in her official capacity as Chief of the State of California Division of Occupational Safety and Health) (together, the "State Defendants"), by and through their counsel of record, agree and stipulate to the following schedule in connection with the County and the State Defendants' responses to SoCalGas's Complaint in this matter (the "Complaint"). In support of this stipulated request, the County, the State Defendants, and SoCalGas state as follows:

**WHEREAS**, SoCalGas filed the Complaint on July 12, 2017;

**WHEREAS,** SoCalGas provided the Complaint and related documents to counsel for the State Defendants, along with a Notice of Acknowledgment and Receipt of Summons and Complaint (the "State Notice"), on July 14, 2017;

**WHEREAS**, the State Defendants executed the State Notice and returned it to SoCalGas on July 14, 2017;

**WHEREAS**, based on the State Notice's execution date, the State Defendants' current deadline to respond to the Complaint is August 4, 2017;

**WHEREAS,** SoCalGas provided the Complaint and related documents to counsel for the County, along with a Notice of Acknowledgment and Receipt of Summons and Complaint (the "County Notice"), on July 18, 2017;

**WHEREAS**, the County executed the County Notice and returned it to SoCalGas on July 28, 2017;

**WHEREAS**, based on the County Notice's execution date, the County's current deadline to respond to the Complaint is August 18, 2017;

**WHEREAS**, the parties wish to agree to a global pleading schedule in order

to simplify issues and coordinate schedules;

**WHEREAS**, after meeting and conferring, the parties agreed to extend the deadlines for the County and the State Defendants to respond to the Complaint to September 18, 2017, and have agreed to a briefing and hearing schedule for any motions filed in response to the Complaint;

**WHEREAS**, this is the first extension of time sought by, or provided to, any party in this matter;

**WHEREAS**, this request for a continuance is supported by good cause, as set forth in the accompanying Declaration of Amnon Siegel, filed concurrently herewith;

**IT IS HEREBY STIPULATED** that:

1. The County and the State Defendants shall respond to the Complaint by no later than September 18, 2017;

2. SoCalGas's oppositions to the County and State Defendants' motions to dismiss will be due on October 9, 2017;

3. The County's and the State Defendants' replies to their motions to dismiss will be due on October 23, 2017; and

4. The hearing on any motions to dismiss filed by the County and/or the State Defendants will take place on November 6, 2017 at 1:30 p.m.

DATED: August 3, 2017     MILLER BARONDESS, LLP

By: /s/ Amnon Z. Siegel
AMNON Z. SIEGEL
Attorneys for Defendants
COUNTY OF LOS ANGELES AND
MARY WICKHAM

DATED: August 3, 2017     XAVIER BECERRA
Attorney General of California
TAMAR PACHTER
Supervising Deputy Attorney General

By: /s/
JOSE A. ZELIDON-ZEPEDA
Deputy Attorney General
Attorneys for Defendants STATE OF CALIFORNIA DEPARTMENT OF INDUSTRIAL RELATIONS, STATE OF CALIFORNIA DIVISION OF OCCUPATIONAL SAFETY AND HEALTH, STATE OF CALIFORNIA OCCUPATIONAL SAFETY AND HEALTH APPEALS BOARD, AND JULIANN SUM

DATED: August 3, 2017     MORGAN, LEWIS & BOCKIUS

By: /s/
JIM J. DRAGNA
Attorneys for Plaintiff
SOUTHERN CALIFORNIA GAS COMPANY

I hereby attest that pursuant to Local Rule 5-4.3.4, I have received concurrence in the filing of this document from each of the other Signatories.

DATED: August 3, 2017

By: _____
AMNON Z. SIEGEL