1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| SOUTHERN CALIFORNIA GAS COMPANY,<br><br>            Plaintiff,<br><br>       v.<br><br>COUNTY OF LOS ANGELES, CALIFORNIA; MARY C. WICKHAM, in her official capacity as Los Angeles County Counsel; STATE OF CALIFORNIA DEPARTMENT OF INDUSTRIAL RELATIONS; STATE OF CALIFORNIA DIVISION OF OCCUPATIONAL SAFETY AND HEALTH; JULIANN SUM, in her official capacity as Chief of the State of California Division of Occupational Safety and Health; and STATE OF CALIFORNIA OCCUPATIONAL SAFETY AND HEALTH APPEALS BOARD,<br><br>            Defendants. | **CASE NO. 2:17-cv-05140-DSF-JC**<br><br>[Assigned to the Hon. Dale. S. Fischer]<br><br>**ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND BRIEFING SCHEDULE** |

**ORDER**

Having reviewed the Parties' Stipulation to Extend Time to Respond to Complaint and Briefing Schedule, and finding good cause therefor, **IT IS HEREBY ORDERED THAT**:

1. The County and the State Defendants shall respond to the Complaint by no later than September 18, 2017;

2. If the County and/or the State Defendants file a motion or motions in response to the Complaint, SoCalGas's opposition(s) will be due on October 9, 2017;

3. The County's and/or the State Defendants' reply(ies) will be due on October 23, 2017; and

4. The hearing on any motion(s) filed by the County and/or the State Defendants will take place on November 6, 2017 at 1:30 p.m.

**IT IS SO ORDERED**.

DATED: 8/4/17

*[signature: Dale S. Fischer]*

Hon. Dale S. Fischer