MORGAN, LEWIS & BOCKIUS LLP
James J. Dragna, SBN 91492
jim.dragna@morganlewis.com
David L. Schrader, SBN 149638
david.schrader@morganlewis.com
Deanne L. Miller, SBN 185113
deanne.miller@morganlewis.com
Yardena R. Zwang-Weissman, SBN 247111
yardena.zwang-weissman@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, California 90071-3132
Telephone:  213.612.2500
Facsimile:   213.612.2501

*Attorneys for Plaintiff*
*Southern California Gas Company*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SOUTHERN CALIFORNIA GAS COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, CALIFORNIA; MARY C. WICKHAM, in her official capacity as Los Angeles County Counsel; STATE OF CALIFORNIA DEPARTMENT OF INDUSTRIAL RELATIONS; STATE OF CALIFORNIA DIVISION OF OCCUPATIONAL SAFETY AND HEALTH; JULIANN SUM, in her official capacity as Chief of the State of California Division of Occupational Safety and Health; and STATE OF CALIFORNIA OCCUPATIONAL SAFETY AND HEALTH APPEALS BOARD,<br><br>Defendants. | **Case No. 2:17-cv-05140-DSF-JC**<br><br>**[Assigned to the Hon. Dale S. Fischer]**<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND BRIEFING SCHEDULE**<br><br>Complaint served:<br>July 18, 2017<br><br>Complaint response date:<br>September 18, 2017<br><br>New response date:<br>September 25, 2017 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 31822498.1

STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT
AND BRIEFING SCHEDULE

1   Plaintiff Southern California Gas Company ("SoCalGas"); Defendants
2   County of Los Angeles and Mary C. Wickham (in her official capacity as
3   Los Angeles County Counsel) (together, the "County"); and Defendants State of
4   California Department of Industrial Relations, State of California Division of
5   Occupational Safety and Health, State of California Occupational Safety and Health
6   Appeals Board, and Juliann Sum (in her official capacity as Chief of the State of
7   California Division of Occupational Safety and Health) (together, the "State
8   Defendants"), by and through their counsel of record, agree and stipulate to the
9   following schedule in connection with the County and the State Defendants'
10  responses to SoCalGas' Complaint in this matter (the "Complaint").  In support of
11  this stipulated request, the County, the State Defendants, and SoCalGas state as
12  follows:

**WHEREAS**, SoCalGas filed the Complaint on July 12, 2017;

**WHEREAS**, SoCalGas provided the Complaint and related documents to counsel for the State Defendants, along with a Notice of Acknowledgment and Receipt of Summons and Complaint (the "State Notice"), on July 14, 2017;

**WHEREAS**, the State Defendants executed the State Notice and returned it to SoCalGas on July 14, 2017;

**WHEREAS**, based on the State Notice's execution date, the State Defendants' original deadline to respond to the Complaint was August 4, 2017;

**WHEREAS**, SoCalGas provided the Complaint and related documents to counsel for the County, along with a Notice of Acknowledgment and Receipt of Summons and Complaint (the "County Notice"), on July 18, 2017;

**WHEREAS**, the County executed the County Notice and returned it to SoCalGas on July 28, 2017;

**WHEREAS**, based on the County Notice's execution date, the County's original deadline to respond to the Complaint was August 18, 2017;

/ / /

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 31822498.1

2

STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT
AND BRIEFING SCHEDULE

**WHEREAS**, the parties wished to agree to a global pleading schedule in order to simplify issues and coordinate schedules;

**WHEREAS**, on August 3, 2017, the parties filed a Stipulation for Extension of Time extending the time to respond to the Complaint to September 18, 2017;

**WHEREAS**, on August 4, 2017, the Court filed an Order adopting the parties' proposed briefing schedule;

**WHEREAS**, defendants' current deadline to respond to the Complaint is September 18, 2017;

**WHEREAS**, a scheduling conflict has arisen that prevents lead counsel for SoCalGas from attending the hearing currently set for November 6, 2017;

**WHEREAS**, after meeting and conferring, the parties agreed to extend the current deadlines for the County and the State Defendants to respond to the Complaint, as well as the current briefing schedule and hearing date, by one week;

**WHEREAS**, this is the second extension of time sought by, or provided to, any party in this matter;

**WHEREAS**, this request for a continuance is supported by good cause, as set forth in the accompanying Declaration of James J. Dragna, filed concurrently herewith;

**IT IS HEREBY STIPULATED** that:

1. The County and the State Defendants shall respond to the Complaint by no later than September 25, 2017;

2. SoCalGas' oppositions to the County and State Defendants' motions to dismiss will be due on October 16, 2017;

3. The County's and the State Defendants' replies to their motions to dismiss will be due on October 30, 2017; and

4. The hearing on any motions to dismiss filed by the County and/or the State Defendants will take place on November 13, 2017 at 1:30 p.m.

| | | |
|---|---|---|
| Dated: August 17, 2017 | | MORGAN, LEWIS & BOCKIUS LLP |
| | By: | /s/ *James J. Dragna* |
| | | James J. Dragna<br>Attorneys for Plaintiff<br>SOUTHERN CALIFORNIA GAS COMPANY |
| Dated: August 17, 2017 | | MILLER BARNDESS, LLP |
| | By: | /s/ *Amnon Z. Siegel* |
| | | Amnon Z. Siegel<br>Attorneys for Defendants<br>COUNTY OF LOS ANGELES AND MARY WICKHAM |
| Dated: August 17, 2017 | | XAVIER BECERRA<br>Attorney General of California<br>TAMAR PACHTER<br>Supervising Deputy Attorney General |
| | By: | /s/ *Jose A. Zelidon-Zepeda* |
| | | Jose A. Zelidon-Zepeda<br>Deputy Attorney General<br>Attorneys for Defendants<br>STATE OF CALIFORNIA DEPARTMENT OF INDUSTRIAL RELATIONS, STATE OF CALIFORNIA DIVISION OF OCCUPATIONAL SAFETY AND HEALTH, STATE OF CALIFORNIA OCCUPATIONAL SAFETY AND HEALTH APPEALS BOARD, AND JULIANN SUM |

# **ATTESTATION**

I, James J. Dragna, am the ECF user whose identification and password is being used to file this Joint Stipulation to Extend Time to Respond to Complaint and Briefing Schedule.  In compliance with Local Rule 5-4.3.4, I hereby attest that I have received concurrence in the filing of this document from each of the other Signatories.

Dated:  August 17, 2017                              MORGAN, LEWIS & BOCKIUS LLP


                                                     By:   */s/ James J. Dragna*
                                                            James J. Dragna

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 31822498.1

5

STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT
AND BRIEFING SCHEDULE