MORGAN, LEWIS & BOCKIUS LLP
James J. Dragna, SBN 91492
jim.dragna@morganlewis.com
David L. Schrader, SBN 149638
david.schrader@morganlewis.com
Deanne L. Miller, SBN 185113
deanne.miller@morganlewis.com
Yardena R. Zwang-Weissman, SBN 247111
yardena.zwang-weissman@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, California 90071-3132
Telephone:  213.612.2500
Facsimile:   213.612.2501

*Attorneys for Plaintiff*
*Southern California Gas Company*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SOUTHERN CALIFORNIA GAS COMPANY,<br><br>                    Plaintiff,<br><br>          vs.<br><br>COUNTY OF LOS ANGELES, CALIFORNIA; MARY C. WICKHAM, in her official capacity as Los Angeles County Counsel; STATE OF CALIFORNIA DEPARTMENT OF INDUSTRIAL RELATIONS; STATE OF CALIFORNIA DIVISION OF OCCUPATIONAL SAFETY AND HEALTH; JULIANN SUM, in her official capacity as Chief of the State of California Division of Occupational Safety and Health; and STATE OF CALIFORNIA OCCUPATIONAL SAFETY AND HEALTH APPEALS BOARD,<br><br>                    Defendants. | Case No. 2:17-cv-05140-DSF-JC<br><br>[Assigned to the Hon. Dale S. Fischer]<br><br>**DECLARATION OF JAMES J. DRAGNA IN SUPPORT OF STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND BRIEFING SCHEDULE** |

DECLARATION OF JAMES DRAGNA
ISO STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT

## DECLARATION OF JAMES J. DRAGNA

I, James J. Dragna, declare as follows:

1.      I am an attorney duly admitted to practice before this Court.  I am a partner with Morgan, Lewis & Bockius LLP, counsel of record for Southern California Gas Company ("SoCalGas").  I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify to all of said facts.  I make this declaration in support of the Stipulation to Extend Time to Respond to Complaint and Briefing Schedule.

2.      On August 3, 2017, the parties filed a stipulation with the Court to extend the briefing schedule in connection with the responses of Defendants County of Los Angeles and Mary C. Wickham (in her official capacity as Los Angeles County Counsel) (together, the "County") and Defendants State of California Department of Industrial Relations, State of California Division of Occupational Safety and Health, State of California Occupational Safety and Health Appeals Board, and Juliann Sum (in her official capacity as Chief of the State of California Division of Occupational Safety and Health) (together, the "State Defendants") to SoCalGas' Complaint in this matter (the "Complaint") in order to give the parties time to sort through the issues and provide responses that are thorough, adequate, and complete.  The Court filed an order adopting the parties' proposed briefing schedule on August 4, 2017.

3.  A scheduling conflict has arisen that prevents lead counsel for SoCalGas from attending the hearing currently set for November 6, 2017.

4.  On August 15, 2017, I met and conferred with counsel for the County and counsel for the State Defendants via email, requesting a one-week extension of the briefing schedule and the hearing on any motions to dismiss filed by the County and/or the State Defendants.

5.  We agreed to jointly request an extension of the briefing schedule and the hearing by one week.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 31822404.1

2

DECLARATION OF JAMES DRAGNA
ISO STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT

1    I declare under penalty of perjury under the laws of the United States of

2    America that the foregoing is true and correct.

3    Executed this 17th day of August, 2017, at Los Angeles, California.

4                                        MORGAN, LEWIS & BOCKIUS LLP

5

6                                        */s/ James J. Dragna*
                                         _____
7                                        James J. Dragna

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 31822404.1

3

DECLARATION OF JAMES DRAGNA
ISO STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT