1
2
3
4
5
6
7

8  UNITED STATES DISTRICT COURT

9  CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

| | |
|---|---|
| SOUTHERN CALIFORNIA GAS COMPANY,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF LOS ANGELES, CALIFORNIIA; MARY C. WICKHAM, in her official capacity as Los Angeles County Counsel; STATE OF CALIFORNIA DEPARTMENT OF INDUSTRIAL RELATIONS; STATE OF CALIFORNIA DIVISION OF OCCUPATIONAL SAFETY AND HEALTH; JULIANN SUM, in her official capacity as Chief of the State of California Division of Occupational Safety and Health; and STATE OF CALIFORNIA OCCUPATIONAL SAFETY AND HEALTH APPEALS BOARD,<br><br>　　　　　　　Defendants. | Case No. 2:17-cv-05140-DSF-JC<br><br>[Assigned to the Hon. Dale S. Fischer]<br><br>**ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND BRIEFING SCHEDULE** |

[PROPOSED] ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

# [**PROPOSED**] ORDER

Having reviewed the Parties' Stipulation to Extend Time to Respond to Complaint and Briefing Schedule, and finding good cause therefor, **IT IS HEREBY ORDERED THAT**:

1. The County and the State Defendants shall respond to the Complaint by no later than September 25, 2017;

2. If the County and/or the State Defendants file a motion or motions in response to the Complaint, SoCalGas' opposition(s) will be due on October 16, 2017;

3. The County's and/or the State Defendants' reply(ies) will be due on October 30, 2017; and

4. The hearing on any motion(s) filed by the County and/or the State Defendants will take place on November 13, 2017 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated:   August 18, 2017   */s/ Dale S. Fischer*

_____
Hon. Dale S. Fischer