MORGAN, LEWIS & BOCKIUS LLP
James J. Dragna, SBN 91492
jim.dragna@morganlewis.com
David L. Schrader, SBN 149638
david.schrader@morganlewis.com
Deanne L. Miller, SBN 185113
deanne.miller@morganlewis.com
Yardena R. Zwang-Weissman, SBN 247111
yardena.zwang-weissman@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, California 90071-3132
Telephone:  213.612.2500
Facsimile:   213.612.2501

*Attorneys for Plaintiff*
*Southern California Gas Company*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SOUTHERN CALIFORNIA GAS COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, CALIFORNIA; MARY C. WICKHAM, in her official capacity as Los Angeles County Counsel; STATE OF CALIFORNIA DEPARTMENT OF INDUSTRIAL RELATIONS; STATE OF CALIFORNIA DIVISION OF OCCUPATIONAL SAFETY AND HEALTH; JULIANN SUM, in her official capacity as Chief of the State of California Division of Occupational Safety and Health; and STATE OF CALIFORNIA OCCUPATIONAL SAFETY AND HEALTH APPEALS BOARD,<br><br>Defendants. | **Case No. 2:17-cv-05140-DSF-JC**<br><br>**[Assigned to the Hon. Dale S. Fischer]**<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND BRIEFING SCHEDULE**<br><br>Complaint served:<br>    July 18, 2017<br><br>Complaint response date:<br>    September 25, 2017<br><br>New response date:<br>    October 16, 2017 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 31990146.1

STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT
AND BRIEFING SCHEDULE

1       Plaintiff Southern California Gas Company ("SoCalGas"); Defendants

2  County of Los Angeles and Mary C. Wickham (in her official capacity as

3  Los Angeles County Counsel) (together, the "County"); and Defendants State of

4  California Department of Industrial Relations, State of California Division of

5  Occupational Safety and Health, State of California Occupational Safety and Health

6  Appeals Board, and Juliann Sum (in her official capacity as Chief of the State of

7  California Division of Occupational Safety and Health) (together, the "State

8  Defendants"), by and through their counsel of record, agree and stipulate to the

9  following schedule in connection with the County and the State Defendants'

10  responses to SoCalGas' Complaint in this matter (the "Complaint").  In support of

11  this stipulated request, the County, the State Defendants, and SoCalGas state as

12  follows:

13       **WHEREAS**, SoCalGas filed the Complaint on July 12, 2017;

14       **WHEREAS**, SoCalGas provided the Complaint and related documents to

15  counsel for the State Defendants, along with a Notice of Acknowledgment and

16  Receipt of Summons and Complaint (the "State Notice"), on July 14, 2017;

17       **WHEREAS**, the State Defendants executed the State Notice and returned it

18  to SoCalGas on July 14, 2017;

19       **WHEREAS**, based on the State Notice's execution date, the State

20  Defendants' original deadline to respond to the Complaint was August 4, 2017;

21       **WHEREAS**, SoCalGas provided the Complaint and related documents to

22  counsel for the County, along with a Notice of Acknowledgment and Receipt of

23  Summons and Complaint (the "County Notice"), on July 18, 2017;

24       **WHEREAS**, the County executed the County Notice and returned it to

25  SoCalGas on July 28, 2017;

26       **WHEREAS**, based on the County Notice's execution date, the County's

27  original deadline to respond to the Complaint was August 18, 2017;

28  / / /

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 31990146.1

2

STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT
AND BRIEFING SCHEDULE

1  **WHEREAS**, the parties wished to agree to a global pleading schedule in
2  order to simplify issues and coordinate schedules;

3  **WHEREAS**, on August 3, 2017, the parties filed a Stipulation for Extension
4  of Time extending the time to respond to the Complaint to September 18, 2017;

5  **WHEREAS**, on August 4, 2017, the Court filed an Order adopting the
6  parties' proposed briefing schedule;

7  **WHEREAS**, on August 17, the parties filed a Stipulation for Extension of
8  Time agreeing to extend the current deadlines for the County and the State
9  Defendants to respond to the Complaint, as well as the current briefing schedule
10  and hearing date, by one week;

11  **WHEREAS** on August 18, the Court filed an Order adopting the parties'
12  proposed briefing schedule;

13  **WHEREAS**, a scheduling conflict has arisen that prevents lead counsel from
14  attending the hearing currently set for November 13;

15  **WHEREAS**, this is the third extension of time sought by, or provided to, any
16  party in this matter;

17  **WHEREAS**, this request for continuance is supported by good cause, as set
18  forth in the accompanying Declaration of James J. Dragna, filed concurrently
19  herewith;

20  **IT IS HEREBY STIPULATED** that:

21  1.      The County and the State Defendants shall respond to the Complaint
22  by no later than October 16, 2017;

23  2.      SoCalGas' oppositions to the County and State Defendants' motions to
24  dismiss will be due on November 6, 2017;

25  3.      The County's and State Defendants' replies to their motions to dismiss
26  will be due on November 20, 2017; and

27  4.      The hearing on any motions to dismiss filed by the County and/or the
28  State Defendants will take place on December 4, 2017 at 1:30 p.m.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 31990146.1

3

STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT
AND BRIEFING SCHEDULE

1

2
Dated:   September 22, 2017          MORGAN, LEWIS & BOCKIUS LLP

3
                                    By:   */s/ James J. Dragna*
4                                         ───────────────────────────
                                          James J. Dragna
5                                         Attorneys for Plaintiff
                                          SOUTHERN CALIFORNIA GAS
6                                         COMPANY

7
Dated:   September 22, 2017          MILLER BARONDESS, LLP
8

9                                   By:   */s/ Amnon Z. Siegel*
                                          ───────────────────────────
10                                        Amnon Z. Siegel
                                          Attorneys for Defendants
11                                        COUNTY OF LOS ANGELES AND
                                          MARY WICKHAM
12

13
Dated:   September 22, 2017          XAVIER BECERRA
                                    Attorney General of California
14                                  TAMAR PACHTER
                                    Supervising Deputy Attorney General
15

16
                                    By:   */s/ Jose A. Zelidon-Zepeda*
17                                        ───────────────────────────
                                          Jose A. Zelidon-Zepeda
18                                        Deputy Attorney General
                                          Attorneys for Defendants
19                                        STATE OF CALIFORNIA
                                          DEPARTMENT OF INDUSTRIAL
20                                        RELATIONS, STATE OF CALIFORNIA
                                          DIVISION OF OCCUPATIONAL
21                                        SAFETY AND HEALTH, STATE OF
                                          CALIFORNIA OCCUPATIONAL
22                                        SAFETY AND HEALTH APPEALS
                                          BOARD, AND JULIANN SUM

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 31990146.1

4

STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT
AND BRIEFING SCHEDULE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>ATTESTATION</u>

I, James J. Dragna, am the ECF user whose identification and password is being used to file this Joint Stipulation to Extend Time to Respond to Complaint and Briefing Schedule.  In compliance with Local Rule 5-4.3.4, I hereby attest that I have received concurrence in the filing of this document from each of the other Signatories.

Dated:  September 22, 2017                  MORGAN, LEWIS & BOCKIUS LLP


By:   */s/ James J. Dragna*
                James J. Dragna

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 31990146.1

5

STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT
AND BRIEFING SCHEDULE