1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SOUTHERN CALIFORNIA GAS COMPANY,<br><br>                    Plaintiff,<br><br>         vs.<br><br>COUNTY OF LOS ANGELES, CALIFORNIA; MARY C. WICKHAM, in her official capacity as Los Angeles County Counsel; STATE OF CALIFORNIA DEPARTMENT OF INDUSTRIAL RELATIONS; STATE OF CALIFORNIA DIVISION OF OCCUPATIONAL SAFETY AND HEALTH; JULIANN SUM, in her official capacity as Chief of the State of California Division of Occupational Safety and Health; and STATE OF CALIFORNIA OCCUPATIONAL SAFETY AND HEALTH APPEALS BOARD,<br><br>                    Defendants. | Case No. 2:17-cv-05140-DSF-JC<br><br>[Assigned to the Hon. Dale S. Fischer]<br><br>**ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND BRIEFING SCHEDULE** |

[PROPOSED] ORDER RE
STIPULATION TO EXTEND TIME

# [PROPOSED] ORDER

Having reviewed the Parties' Stipulation to Extend Time to Respond to Complaint and Briefing Schedule, and finding good cause therefor, **IT IS HEREBY ORDERED THAT**:

1. The County and the State Defendants shall respond to the Complaint by no later than October 16, 2017;

2. SoCalGas' oppositions to the County and State Defendants' motions to dismiss will be due on November 6, 2017;

3. The County's and State Defendants' replies to their motions to dismiss will be due on November 20, 2017; and

4. The hearing on any motion(s) filed by the County and/or the State Defendants will take place on December 4, 2017 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: September _25, 2017

_____
Hon. Dale S. Fischer