JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHERN CALIFORNIA GAS COMPANY, | Case No.: CV 17-5140 DSF (JCx) |
| Plaintiff, | |
| v. | JUDGMENT |
| County of Los Angeles, California, et al., | |
| Defendants. | |

The Court having ordered that Plaintiff Southern California Gas Company's Complaint be dismissed with prejudice against all Defendants,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing and that the action be dismissed with prejudice.

Dated: 12/20/17

Dale S. Fischer
United States District Judge